**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GERALD THOMPSON,**

    **Plaintiff,**

vs.                                          **Case No.: 2:17-cv-461**
                                                     **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Deavers**

**C.O. BENNETT,** *et al.*,

    **Defendants.**

## ORDER

On October 3, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Complaint be dismissed for failure to state a claim for which this Court can grant relief. (*See* Doc. 9). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed for failure to state a claim upon which relief may be granted.

The Clerk shall remove Document 9 from the Court's pending motions list and close this case.

    **IT IS SO ORDERED**.

                                                              */s/ George C. Smith*
                                                               **GEORGE C. SMITH, JUDGE**
                                                               **UNITED STATES DISTRICT COURT**